# In the United States Court of Federal Claims

No. 06-363 C

(E-Filed: June 28, 2006)

| | |
|---|---|
| HOWARD D. HAMILTON AND LAURA HAMILTON, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for a Stay of Proceedings (Motion), filed electronically on June 22, 2006. For the reasons stated therein, the parties' Motion is hereby GRANTED. Proceedings in this matter are STAYED until fourteen (14) days after the conclusion of ADR, or until information reveals that ADR is not likely to be of assistance in resolving this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge